MARVIN E. COBB v. ROCKY MOUNT BOARD OF EDUCATION

No. 269A91

(Filed 22 April 1992)

APPEAL by defendant from the decision of a divided panel of the Court of Appeals, 102 N.C. App. 681, 403 S.E.2d 538 (1991), reversing an order dismissing petitioner's appeal entered by *Allsbrook, J.,* in Superior Court, EDGECOMBE County, on 14 June 1990, and allowing petitioner to proceed with the appeal. Heard in the Supreme Court 11 March 1992.

*Eastern Carolina Legal Services, Inc., by Wesley Abney, for petitioner appellee.*

*Poyner & Spruill, by Ernie K. Murray and Steven A. Rowe, for respondent appellant.*

*William W. Finlator, Jr., Associate Attorney General, amicus curiae.*

PER CURIAM.

On the authority of *Reed v. Abrahamson,* 331 N.C. 249, 415 S.E.2d 549 (1992) (No. 230PA91, filed simultaneously herewith), the decision of the Court of Appeals is affirmed.

Affirmed.

Justice MEYER did not participate in the consideration or decision of this case.